6

United States District Court
Southern District of Texas
ENTERED

JUN 26 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _M. Plumpley_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 26 1998

Michael N. Milby
Clerk of Court

ARMANDO PIZANA-CISNEROS                    *

                    VS                     *   CIVIL ACTION NO. B96 137

UNITED STATES OF AMERICA                   *   (Criminal No. B95 242)


## ORDER GRANTING GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Government's Motion for Summary Judgment be **GRANTED**.

DONE at Brownsville, Texas, this ___26___, day of ___June___, 1998.

_____
Filemon B. Vela
United States District Judge